STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. WILLIAM P. WALTER ET AL., PLAINTIFFS IN ERROR.

Argued October 27, 1936—Decided February 2, 1937.

For the defendant in error, *Erwin E. Marshall.*

For the plaintiff in error, *Kenneth J. Dawes.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, CASE, BODINE, PERSKIE, DEAR, JJ. 7.

*For reversal*—HETFIELD, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 5.